**Carolyn Reid BOND, Appellant,**

v.

**Christopher Samuel BOND, Respondent.**

**No. ED 81747.**

Missouri Court of Appeals, Eastern District, Division One.

Aug. 26, 2003.

W. Ann Hansbrough, Patricia M. Scaglia, Kansas City, MO, for appellant.

Louis J. Leonatti, Mexico, MO, for respondents.

Before GARY M. GAERTNER, SR., P.J., ROBERT G. DOWD, JR., J., and MARY R. RUSSELL, J.

*ORDER*

PER CURIAM.

Carolyn Reid Bond ("Wife") appeals from a judgment modifying her decree of dissolution with Christopher Samuel Bond ("Husband"). The trial court increased Wife's maintenance from $1,800 to $3,000 per month and awarded her partial attor-

ney's fees of $4,500. Wife asserts the trial court erred in four respects: (1) its award of maintenance was insufficient; (2) the maintenance award should have been ordered to increase again when child support was scheduled to end; (3) the trial court failed to award retroactive maintenance to her; and (4) the trial court's award of partial attorney's fees to her was insufficient. We find no error and affirm.